IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MILLER, et al,<br><br>    Plaintiffs,<br><br>        v<br><br>WARREN E RUPF, et al,<br><br>    Defendants.<br>_____/ | No C 07-01137 VRW<br>Related to C-02-02831<br><br>ORDER |

On August 20, 2007, the court denied in full Contra Costa defendants' and Forensic defendants' motions to dismiss, and additionally, denied in part and deferred ruling in part on the motion to dismiss submitted by Solano County and Gary E Stanton (herein "Solano defendants"). Doc #34. The court declined to rule because Solano defendants improperly raised for the first time in their reply brief a res judicata argument. Doc #31. Accordingly, the court ordered supplemental briefing on the res judicata issue. Doc #34.

The Solano defendants' res judicata argument was based on a dismissal with prejudice filed by Schwartz in an earlier state court action against defendants Solano County and Solano County

deputies Stanton, Louis Cameron and Paul M Wilcox.  Schwartz's counsel submitted a declaration in this action stating that the dismissal with prejudice was a mistake and that the dismissal should have been without prejudice.  Doc #36.  On October 9, 2007, the court ordered Schwartz to apply for state court relief from her voluntary dismissal with prejudice and to report to the court on the status of her efforts within sixty days.  Doc #41.

Schwartz complied with the court's order, and on March 21, 2008, filed with the court a copy of the state court order vacating the erroneous dismissal with prejudice of Schwartz's earlier state court action.  Doc #45, Exh A.  The vacation of the dismissal with prejudice moots the Solano defendants' res judicata argument, their sole remaining argument in support of their motion to dismiss.

Accordingly, the Solano defendants' motion to dismiss, Doc #25, is DENIED.

The parties are ORDERED to attend a case management conference on May 22, 2008, at 3:30 pm.  If this date is not acceptable, the parties should confer and propose an alternate date to the court.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

2