IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
JENNIFER MILLER, et al,              No C 07-01137 VRW
                                     Related to C-02-02831
     Plaintiffs,
                                     ORDER
         v
WARREN E RUPF, et al,

     Defendants.
                                  /
```

  On March 23, 2009, defendants Solano County and Gary R Stanton moved for summary judgment on all claims asserted by plaintiff Diane Schwartz against them.  Doc #61.  Schwartz has not filed an opposition to the motion, and the deadline for doing so has passed.

  Schwartz is hereby ORDERED to SHOW CAUSE in writing, on or before June 19, 2009, why defendants' motion should not be granted.  Failure to respond to this order will be deemed grounds to grant Doc #61, defendants' motion for summary judgment.  The

hearing scheduled for June 4, 2009 is hereby VACATED.  The court will reschedule the hearing as necessary once plaintiff submits her response.

        IT IS SO ORDERED.

                              VAUGHN R WALKER
                              United States District Chief Judge