IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MILLER, et al,<br><br>    Plaintiffs,<br><br>        v<br><br>WARREN E RUPF, et al,<br><br>    Defendants.<br>_____/ | No C 07-01137 VRW<br>Related to C-02-02831<br><br>ORDER |

        Plaintiffs have requested the court continue the fact and expert discovery cutoffs to allow plaintiffs' counsel to undergo eye surgery.  Doc #70.  Good cause appearing, the court GRANTS the requested continuance.  The new fact discovery cutoff shall be October 30, 2009.

        If the parties wish to postpone expert discovery until after the dispositive motion hearing scheduled for December 10, 2009, they may by joint agreement do so.  Otherwise, the schedule shall be as follows:

| Designation of experts and production of expert reports | September 15, 2009 |
|---|---|
| Designation of rebuttal experts and production of rebuttal expert reports | October 15, 2009 |
| Expert discovery cutoff | November 13, 2009 |

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge