IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
JENNIFER MILLER, et al,              No C 07-01137 VRW
                                        Related to C-02-02831
     Plaintiffs,
                                     ORDER
        v

WARREN E RUPF, et al,

     Defendants.
                                    /
```

The Contra Costa County defendants and the Forensic Medical Group defendants have informed the court of an ongoing discovery dispute with plaintiffs.  Docs ##63, 69, 75.  Resolution of the matter appears to require court intervention.  Accordingly, counsel are DIRECTED to appear before the undersigned on August 6, 2009 at 10 AM for a discovery hearing.  Because the Solano County defendants have not raised any discovery concerns, Solano County counsel may waive their appearance.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge