**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNIFER MILLER, et al,** | **No C 07-1137 VRW** |
| **Plaintiffs,** | **Related to C-02-2831** |
| **v** | **ORDER** |
| **WARREN E RUPF, et al,** | |
| **Defendants.** | |
| _____/ | |

On August 6, 2009, the court conducted a conference with the parties to resolve outstanding discovery disputes. Pursuant to the parties' discussion at the conference, the court orders as follows:

//
//
//
//

(1) Counsel for plaintiffs shall provide outstanding discovery responses to defendants not later than the following dates:

| Defendant | Request | Date |
|---|---|---|
| Solano County | Solano County Request for Documents Set Two Nos 7-8 | 8/14/2009 |
| Forensic | Special Interrogatories, Set Two, served on plaintiff Mary Ann Vargas | 9/15/2009 |
| Forensic | Demand for Production, Set One, served on plaintiff Mary Ann Vargas | 9/15/2009 |
| Forensic | Special Interrogatories, Set Two, served on plaintiff Diane Schwartz | 8/14/2009 |
| Contra Costa County | Request for Ann Dench deposition transcript | 8/10/2009 |

(2) Counsel for plaintiffs shall, not later than August 14, 2009, provide Contra Costa County with a date certain by which items 1-8 of Mr Rettig's July 2, 2009 letter (Doc #69) will be provided.  In no event shall these responses be later than September 18, 2009 without plaintiffs' counsel showing good cause for failure to meet that deadline in advance thereof.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

2