THOMAS J. DONNELLY, ESQ. (State Bar No. 65660); tdonnelly@dndmlawyers.com
ERIN R. SABEY, ESQ. (State Bar No. 173050); esabey@dndmlawyers.com
DONNELLY NELSON DEPOLO & MURRAY
A Professional Corporation
Shadelands Point
2401 Shadelands Drive, Suite 120
Walnut Creek, CA  94598-2428
Tel. No. (925) 287-8181
Fax No. (925) 287-8188

Attorneys for Defendants
FORENSIC MEDICAL GROUP, INC., BRIAN PETERSON, M.D. and GREGORY REIBER, M.D. (sued herein as Gary Reiber, M.D.)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MILLER, ANTHONY MICHAEL VARGAS, a minor, and MARK CHRISTOPHER VARGAS, a minor, by their Next Friend and Father, Ross Vargas, as successors in interest to Mary Ann Vargas, Deceased, and DIANE SCHWARTZ,<br><br>Plaintiffs,<br><br>vs.<br><br>WARREN E. RUPF, etc., et al.,,<br><br>Defendants. | Case No.  C07-01137 VRW<br><br>**STIPULATION AND ORDER RE EXPERT DISCOVERY**<br><br>Complaint Filed: February 26, 2007<br>Trial:<br><br>**ASSIGNED FOR ALL PURPOSES TO: HON. VAUGHN R. WALKER** |

The court's July 20, 2009 order continuing discovery deadlines stated that the parties may, by joint agreement, postpone expert discovery until after the dispositive motion hearing scheduled for December 10, 2009.  The parties do wish to postpone the expert-related deadlines and therefore stipulate, by and through their respective counsel, that the following deadlines be postponed until after the December 10, 2009 dispositive motion hearing:

  Designation of experts and production of expert reports

  Designation of rebuttal experts and production of rebuttal expert reports

  Expert discovery cutoff

C07-01137 VRW:  STIPULATION AND ORDER RE EXPERT DISCOVERY            150-8189/ERS/278684.doc

The parties further stipulate to agree on new deadlines once the court has ruled on the dispositive motions that are scheduled to be heard on December 10, 2009.

**IT IS SO STIPULATED AND AGREED.**

Dated: 9/2/2009

DONNELLY NELSON DEPOLO & MURRAY

By: _____
ERIN R. SABEY
Attorneys for Defendants
Forensic Medical Group, Inc., Brian Peterson, M.D. and Gregory Reiber, M.D.

Dated:

By: _____
WILLIAM CAMPISI, JR.
Attorney for Plaintiffs
Jennifer Miller, Anthony Michael Vargas, Mark Christopher Vargas and Diane Schwartz

Dated: 9/3/09

By: _____
STEVEN P. RETTIG
Attorneys for Defendants
Warren Rupf, Darryl England and Contra Costa County

Dated:

WILLIAMS & ASSOCIATES

By: _____
KATHLEEN J. WILLIAMS
Attorneys for Defendants
Solano County and Gary Stanton

The parties further stipulate to agree on new deadlines once the court has ruled on the dispositive motions that are scheduled to be heard on December 10, 2009.

**IT IS SO STIPULATED AND AGREED.**

Dated: 9/2/2009

DONNELLY NELSON DEPOLO & MURRAY

By: _____
ERIN R. SABEY
Attorneys for Defendants
Forensic Medical Group, Inc., Brian Peterson, M.D. and Gregory Reiber, M.D.

Dated: 9-4-2009

By: _____
WILLIAM CAMPISI, JR.
Attorney for Plaintiffs
Jennifer Miller, Anthony Michael Vargas, Mark Christopher Vargas and Diane Schwartz

Dated:

By: _____
STEVEN P. RETTIG
Attorneys for Defendants
Warren Rupf, Darryl England and Contra Costa County

Dated:

WILLIAMS & ASSOCIATES

By: _____
KATHLEEN J. WILLIAMS
Attorneys for Defendants
Solano County and Gary Stanton

The parties further stipulate to agree on new deadlines once the court has ruled on the dispositive motions that are scheduled to be heard on December 10, 2009.

**IT IS SO STIPULATED AND AGREED.**

Dated: 9/2/2009

DONNELLY NELSON DEPOLO & MURRAY

By: _____
ERIN R. SABEY
Attorneys for Defendants
Forensic Medical Group, Inc., Brian Peterson, M.D. and Gregory Reiber, M.D.

Dated:

By: _____
WILLIAM CAMPISI, JR.
Attorney for Plaintiffs
Jennifer Miller, Anthony Michael Vargas, Mark Christopher Vargas and Diane Schwartz

Dated:

By: _____
STEVEN P. RETTIG
Attorneys for Defendants
Warren Rupf, Darryl England and Contra Costa County

Dated: 9-9-09

WILLIAMS & ASSOCIATES

By: /s/ Kathleen H. Williams
KATHLEEN J. WILLIAMS
Attorneys for Defendants
Solano County and Gary Stanton

---

2

C07-01137 VRW: STIPULATION AND ORDER RE EXPERT DISCOVERY

150-8189/ERS/278894.doc

## ORDER

Based upon the foregoing Stipulation of the Parties, and good cause appearing therefore, the deadlines on the designation of experts and production of expert reports, designation of rebuttal experts and production of rebuttal expert reports and expert discovery cutoff are postponed until after the December 10, 2009 dispositive motion hearing. The parties are to agree on new deadlines once the court has ruled on the dispositive motions.

IT IS SO ORDERED.

Dated: September 11, 2009



THE HON_____KER
Judge Vaughn R Walker

IT IS SO ORDERED

---

3

C07-01137 VRW: STIPULATION AND ORDER RE EXPERT DISCOVERY                150-8189/ERS/278684.doc