DONNELLY NELSON DEPOLO & MURRAY
A Professional Corporation

1  THOMAS J. DONNELLY, ESQ. (State Bar No. 65660); tdonnelly@dndmlawyers.com
   ERIN R. SABEY, ESQ. (State Bar No. 173050); esabey@dndmlawyers.com
2  SONJA M. DAHL, ESQ. (State Bar No. 130971); sdahl@dndmlawyers.com
   DONNELLY NELSON DEPOLO & MURRAY
3  A Professional Corporation
   2401 Shadelands Drive, Suite 120
4  Walnut Creek, CA  94598-2428
   Tel. No. (925) 287-8181
5  Fax No. (925) 287-8188

6  Attorneys for Defendants
   FORENSIC MEDICAL GROUP, INC., BRIAN PETERSON, M.D. and GREGORY REIBER, M.D.
7  (sued herein as Gary Reiber, M.D.)

8          IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9        IN AND FOR THE COUNTY OF NORTHERN DISTRICT OF CALIFORNIA

10

11 JENNIFER MILLER, ANTHONY MICHAEL          Case No.  C07-01137 VRW
   VARGAS, a minor, and MARK
12 CHRISTOPHER VARGAS, a minor, by their    [PROPOSED] ORDER GRANTING
   Next Friend and Father, Ross Vargas, as   DEFENDANTS GREGORY REIBER,
   successors in interest to Mary Ann Vargas, M.D.'S, BRIAN PETERSON, M.D.'S AND
13 Deceased, and  DIANE SCHWARTZ,            FORENSIC MEDICAL GROUP, INC.'S EX
                                            PARTE APPLICATION TO INCREASE
14         Plaintiffs,                       PAGE LIMIT FOR MOTION FOR
                                            SUMMARY JUDGMENT
15    vs.
                                            **Complaint Filed:** February 26, 2007
16 WARREN E. RUPF, etc., et al.,,           **Trial:**

17         Defendants.                       ASSIGNED FOR ALL PURPOSES TO:
                                            **HON. VAUGHN R. WALKER**
18 _____

19

20        The Court has reviewed the Ex Parte Application to Increase Page Limit for Motion for

21 Summary Judgment filed by defendants Gregory Reiber, M.D., Brian Peterson, M.D. and Forensic

22 Medical Group, Inc.  Based on the reasons set forth therein and the Local Rules cited therein, the

23 Court finds that there is good cause for the increased page limit and so orders that the moving

24 defendants' Motion for Summary Judgment may exceed 25 pages.

25 IT IS SO ORDERED.

26

   DATED: 10/28/09
27                                          _____
                                            VAUGHN R. W...
28                                          United Sta...

GRANTED
Judge Vaughn R Walker

                                           1